### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### EASTERN/WESTERN DIVISION

**Chapter 13**

**In re:   Dieter M. Groll dba Groll Technology Solutions**

**Case Number: 10-13028 WCH**

**DEBTOR**

### WITHDRAWAL OF NOTICE BY COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF REVENUE FOR  PREPETITION TAX RETURNS

Please take notice that based upon further information provided by the debtor, Navjeet K. Bal,

as she is Commissioner of Revenue for the Commonwealth of Massachusetts (hereinafter, "MDOR"),

by and through her undersigned agent and attorney-in-fact, hereby withdraws the *Unfiled Prepetition*

*Tax Return Notice By Commissioner Of Massachusetts Department Of Revenue.*

**NAVJEET K. BAL**
**COMMISSIONER**
**MASSACHUSETTS DEPARTMENT OF REVENUE**

**By her duly authorized agent,**

**/s/William F. Connor**

**Massachusetts Department of Revenue**
**Bankruptcy Unit - Litigation Bureau**
**100 Cambridge Street, P.O. Box 9564**
**Boston, MA 02114-9564**
**(617) 626-3875**



**MASSACHUSETTS DEPARTMENT OF REVENUE**
**LITIGATION BUREAU - BANKRUPTCY UNIT**
**100 CAMBRIDGE STREET  - 7th FLOOR, BOSTON**
**Mailing Address:   P. O.  BOX 9564, BOSTON, MA  02114**
**Phone:  (617) 626-3875   Fax:  (617) 626-3796**

NAVJEET K. BAL
COMMISSIONER

## CERTIFICATE OF SERVICE

I, William F. Connor,  hereby certify that I have caused the attached Commissioner of  the Massachusetts Department of Revenue's withdrawal of Unfiled Prepetition Tax Returns and Request For The Same Pursuant To 11 U.S.C. Section 1308, to be served by first class mail, postage prepaid, upon parties or persons appearing on the accompanying SERVICE LIST attached hereto who were not listed as being served electronically upon:

Richard J. Cohen
Monument Sq., P.O. Box 1085
Centerville, MA 02632

Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114-2114

/s/William F. Connor

Massachusetts Department of Revenue