B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Massachusetts

In re **Dieter M. Groll**     Case No. **10-13028**
Debtor(s)     Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| | |
|---|---|
| **Creditor's Name:** <br> Countrywide Home Loans/Bank of NY Mellon | **Describe Property Securing Debt:** <br> Single family residence located at 49 Bayberry Avenue, Provincetown, MA 02657; <br> Homestead filed Doc 1,084,401 |

Property will be (check one):
☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☒ Other. Explain **Debtor is actively marketing the property for sale.** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☒ Claimed as Exempt     ☐ Not claimed as exempt

---

**Property No. 2**

| | |
|---|---|
| **Creditor's Name:** <br> Leila Groll | **Describe Property Securing Debt:** <br> personal loan; creditor holds Title to 2001 BMW |

Property will be (check one):
☒ Surrendered **Subject to unpaid claim of mechanic ; left unrepaired.**     ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt     ☒ Not claimed as exempt

---

B8 (Form 8) (12/08)            Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Meadowview Heights Homeowners Assoc.** | **Describe Property Securing Debt:**<br>**2007, 2008, 2009 membership dues for real estate @ 49 Bayberry Avenue, Provincetown, MA** |

Property will be (check one):
☐ Surrendered      ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☒ Other. Explain **Debtor is actively marketing the property for sale.** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☒ Claimed as Exempt      ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  5/1/2012          Signature  /s/ Dieter M. Groll
                                                               **Dieter M. Groll**
                                                               Debtor